UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                         :
UNITED STATES OF AMERICA,     :          ORDER
                                                         :
            -v-                              :          18 Cr. 293 (ER)
                                                         :
ISAIAH FIGUEROA,                       :
                                                         :
                      Defendant.    :
------------------------------------------------------ X

Ramos, D.J.:

       The violation of supervised release hearing currently set for **July 8, 2020 at 10:00 AM** will be hosted on Skype for Business and will be open to the public. The Court will send an e-mail to counsel with a link to join the video call. Non-speaking parties, the public, and the press may dial (877) 411-9748 and enter Conference ID: 3029857# to listen to the proceedings.

       SO ORDERED.

Dated: July 7, 2020
       New York, New York

                                                           Edgardo Ramos, U.S.D.J.